IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR417-095 |
| ) | |
| ERNEST JACKSON, ) | |
| ) | |
| Defendant. ) | |

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 60.) However, Defendant entered a negotiated guilty plea (Doc. 64) in this case after the Magistrate Judge issued his Report and Recommendation. As a result, Defendant's Motion to Suppress (Doc. 21) is now moot. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. 60) and Defendant's Motion to Suppress (Doc. 21) are both **DISMISSED AS MOOT**.

SO ORDERED this 22nd day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed in Office
1/22 20__
Deputy Clerk