# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ERNEST JACKSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CV419-109 |
| | ) | CR417-095 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Movant, an inmate at the Federal Corrections Institution in Georgia, has filed a 28 U.S.C. § 2255 motion to vacate, set aside, or correct his federal sentence. The Clerk is **DIRECTED** to serve the United States Attorney with this Order and a copy of the petition, if he has not already done so. Rule 3(b), Rules Governing Proceedings in the United States District Courts under § 2255. The Court directs respondent to respond within thirty days from the date of this Order. Rule 4(b). The movant is directed to furnish the United States Attorney in Savannah, Georgia, with copies of all further motions or papers filed in this case.

**SO ORDERED,** this 15th day of May, 2019.

_/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA